[No. 53351-7-I. Division One. March 28, 2005.]

BERGEN INDUSTRIES AND FISHING CORPORATION, *Respondent*, v. JOINT STOCK HOLDING COMPANY DALMOREPRODUCT ET AL., *Defendants*, DALMOREPRODUCT FISHING SERVICES, L.L.C., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-2-35169-9, Sharon S. Armstrong, James A. Doerty, and Michael J. Fox, JJ., entered May 8, June 28, August 30, October 2, and December 23, 2002, and September 11, November 7, and 14, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 53406-8-I. Division One. March 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON WILKINS ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10661-5, Carol A. Schapira, J., entered November 19, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53830-6-I. Division One. March 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STANTON HARRY McCAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00097-0, Ronald Kessler, J., entered January 26, 2004. *Affirmed* by unpublished per curiam opinion.